

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2025

No. 04-25-00263-CR

**EX PARTE** Harrison L. **BYARS**

Original Proceeding[1]

**ORDER**

Sitting:   Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice

On April 28, 2025, Petitioner, Falesha Roberts, filed a petition for writ of habeas corpus on behalf of Applicant, Harrison L. Byars. Byars was detained on February 21, 2025 pursuant to a criminal warrant and remains in custody in Webb County. The Court does not have original habeas jurisdiction over criminal law matters such as this one. *See* TEX. GOV'T CODE ANN. § 22.221(d). Accordingly, the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

It is so **ORDERED** on May 7, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of the detention of Harrison Lyle Byars in Webb County, Texas, pursuant to warrant nos. 2024011417 and 2024011419.